UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   3:12-cr-00170 |
| v. | ) | The Honorable Aleta A. Trauger |
| [1]  JAVIER PONCE-CURRASCO | ) | U.S. District Court Judge |
|        a/k/a EDIBERTO DIAZ-ARELLANO | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 924(c) |
| [2]  ABRAN ARELLANO-GARCIA | ) | 18 U.S.C. § 1956(h) |
| | ) | 21 U.S.C. § 846 |
| [3]  ELICIO FUERTE-BARRIGA | ) | |
| [4]  RAUL BERUMEN | ) | |
| [5]  JAIME BENCOMO-GARCIA | ) | |
|        a/k/a JAIME GARCIA | ) | |
| [6]  FERNANDO IBARRA LARA | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered partially sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment, the Clerk shall provide to the USMS, to serve them only on counsel of the Government.

_____

Dated: 12-12-12