IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [3] ELICIO FUERTE-BARRIGA | ) | |
| | ) | |

**O R D E R**

Counsel for the defendant presented in open court a motion to review the detention decision of the Magistrate Judge in California, which he will be electronically filing. Assuming that this motion is properly filed, it is hereby **SET FOR HEARING** on Monday, October 21, 2013, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 27th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge