RICHARD J. SULLIVAN
California State Bar No. 169297
LAW OFFICES OF RICHARD J. SULLIVAN
11698 Chenault Street, Suite 304
Los Angeles, CA 90049
Tel. (310) 926-5413
E-Mail: Chieftrialcounsel@Gmail.com

Attorneys for Eliceo Fuerte Barriga

Motion DENIED as MOOT in light of Amended Motion.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00170 |
| Plaintiff, | The Honorable Aleta A. Trauger |
| | U.S. District Judge |
| v. | |
| | **MOTION #1 - TO DISMISS SUPERSEDING INDICTMENT FOR DELAY OF PROSECUTION AND DESTRUCTION AND TAMPERING OF EVIDENCE; REQUEST FOR HEARING; DECLARATION OF ATTORNEY RICHARD J. SULLIVAN IN SUPPORT THEREOF** |
| JAVIER PONCE-CURASCO, et. al. | |
| Defendant. | |
| | **Date: TBD** |
| | **Time: TBD** |
| | **Dept: TBD** |

**I.**

**INTRODUCTION**

*Heaven knows how to put a proper price upon its goods, and it would be strange indeed if so*