RICHARD J. SULLIVAN
California State Bar No. 169297
LAW OFFICES OF RICHARD J. SULLIVAN
219 South Barrington Avenue, Suite 217
Los Angeles, CA 90049
Tel. (310) 926-5413
E-Mail: Chieftrialcounsel@Gmail.com

Attorneys for Eliceo Fuerte Barriga

Motion GRANTED.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00170 |
| Plaintiff, | The Honorable Aleta A. Trauger |
| | U.S. District Judge |
| v. | |
| JAVIER PONCE-CURASCO, et. al. | **MOTION TO CONTINUE TRIAL; DECLARATION OF ATTORNEY RICHARD J. SULLIVAN IN SUPPORT THEREOF** |
| Defendant. | **Date:** TBD |
| | **Time:** TBD |
| | **Dept:** TBD |

**I.**

**GOOD CAUSE EXISTS TO CONTINUE THE TRIAL DATE IN THIS MATTER SO THAT DEFENDANT ELICEO FUERTE RECEIVES HIS SIXTH AMENDMENT RIGHT TO COUNSEL**