RICHARD J. SULLIVAN
California State Bar No. 169297
LAW OFFICES OF RICHARD J. SULLIVAN
219 South Barrington Avenue, Suite 217
Los Angeles, CA 90049
Tel. (310) 926-5413
E-Mail: Chieftrialcounsel@Gmail.com

Attorneys for Eliceo Fuerte Barriga

**Motion GRANTED for extension to file pretrial motions to 5/16/14.**

*[signature]*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER PONCE-CURASCO, et. al.<br><br>Defendant. | Case No. 3:12-cr-00170<br><br>The Honorable Aleta A. Trauger<br>U.S. District Judge<br><br>**MOTION TO EXTEND MOTION FILING DATE; DECLARATION OF ATTORNEY RICHARD J. SULLIVAN IN SUPPORT THEREOF**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Dept: TBD** |

**I.**

**THE COURT SHOULD EXTEND THE MOTION FILING DATE IN ORDER TO**

**PRESERVE MR. FUERTE'S 6th AMENDMENT RIGHT TO COUNSEL**

Defendant Elicio Fuerte respectfully requests that the court extend the motion date 30 days to